## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAURENCE R. WAGNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:08CV208** |
| | ) | |
| **PETE GEREN, SECRETARY OF** | ) | **PROTECTIVE ORDER** |
| **THE DEPARTMENT OF ARMY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon consideration of the Stipulation for Entry of Protective Order (Doc. 33),

**IT IS ORDERED:**

1.   Documents contained within the personnel files of employees of the United States
Army Corps of Engineers, Omaha District, organizational charts, the results of the NSPS
(National Security Personnel System), the names associated with e-mails, the official
Andrews Air Force Base project file and individual files about Andrews Air Force Base
project maintained by Project Managers Teresa Reinig and Debora Morrissey, which contain
information that is relevant to disputed facts alleged with particularity in the pleadings or
needed in the pursuit of this case from Defendant, related to Plaintiff's claims of
discrimination, shall be released to Plaintiff and his counsel, and be protected from further
disclosure by Plaintiff and his counsel in this case.

2.   Plaintiff and his counsel shall treat the information as confidential, and shall not
disclose the information or use the information for any purpose, without further order of the

Court.  Plaintiff and his counsel will not disclose any information obtained from these discovery responses, especially the employee personnel records, to any third parties.  For example, Plaintiff will not discuss an employee's rating with anyone other than that employee.

4.    Defendant is allowed to redact social security numbers, home addresses and phone numbers, and specific dates of birth (but leaving in the year of birth) of employee records other than Plaintiff's records.

3.    Plaintiff will destroy the information within 60 days after completion of the litigation.

**DATED January 21, 2009.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**