IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAURENCE R. WAGNER,** | ) | **CASE NO. 8:08CV208** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **PETE GEREN, Secretary of the Department of Army,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend (Filing No. 62), requesting an extension of time, from June 17, 2009, until July 1, 2009, to file a reply brief in response to the Plaintiff's Brief in Opposition (Filing No. 60) to the Defendant's Motion to Dismiss and Motion for Summary Judgment (Filing No. 46). Defendant's motion indicates that Plaintiff has agreed to an extension until July 1, 2009.

IT IS SO ORDERED:

    1.    Defendant's Unopposed Motion to Extend (Filing No. 62 is granted);

    2.    Defendant shall respond to Plaintiff's Brief in Opposition (Filing No. 60), on or before July 1, 2009; and

    3.    This case will be ripe for decision July 2, 2009.

DATED this 17th day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge